```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
Thomas Corker
                                              ORDER OF DISMISSAL FOR
    -v-                                       LACK OF ACTIVITY, ADOPTING
                                              REPORT & RECOMMENDATION
                                              CV 11-3607 (JS)(WDW)
Suffolk Co., et al.
------------------------------------------X
```

APPEARANCES:
For Plaintiff(s):
Thomas Corker, Pro Se
2008 Jackson St.      #2E
Hollywood  FL 33020

For Defendant(s):
Brian Mitchell, Esq.
Suffolk Co. Department of Law
P.O. Box 6100
Hauppauge  NY 11788


SEYBERT, DISTRICT JUDGE:

   The above-captioned case was filed on Jul. 26, 2011, and randomly assigned to Magistrate Judge William D. Wall for pretrial supervision.

   Judge Wall had attempted to hold an initial conference on two occasions, neither of which the plaintiff attended. Judge Wall directed the plaintiff to provide a telephone number and warned that failure to comply would result in a recommendation of dismissal. Soon after the second instance of non-appearance, a Report & Recommendation was issued (docket entry [12] on Jan. 31, 2012).

   There has been no opposition to the Report & Recommendation. Indeed, the plaintiff has filed nothing since proofs of service (docket entries [7] and [8] on Sep. 15, 2011).

   IT IS HEREBY ORDERED that this case be dismissed with prejudice for lack of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to mark the case closed.

                                        SO ORDERED.
                                        /s/ JOANNA SEYBERT
                                        _____
                                        JOANNA SEYBERT, U.S.D.J.

Dated:    Central Islip, New York
          Mar. 27 , 2012