UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

THOMAS CORKER,

                Plaintiff,

  - against -

COUNTY OF SUFFOLK, SUFFOLK
COUNTY POLICE DEPARTMENT, P.O.
CRAIG L. CAPOLINO, and P.O. JOHN
DOE # 1-10,

                Defendants.

-------------------------------------------------------X

**JUDGMENT**
CV-11-3607 (JS)(WDW)

      An Order of Dismissal for Lack of Activity, Adopting Report and Recommendation of Honorable Joanna Seybert, United States District Judge, having been filed on March 27, 2012, adopting the January 12, 2012 Report and Recommendation of Magistrate Judge William D. Wall, dismissing this case with prejudice for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and directing the Clerk of Court to mark this case closed, it is

      **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendants; that this case is dismissed with prejudice for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; and that this case is hereby closed.

Dated: Central Islip, New York
          March 30, 2012

                                                  DOUGLAS C. PALMER
                                                  CLERK OF THE COURT

                                BY:    /S/ CATHERINE VUKOVICH
                                                    DEPUTY CLERK